IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| NEW PRIME, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:21-03041-CV-RK |
| | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

We, the jury, find in favor of ___New Prime, Inc.,___.
(plaintiff New Prime, Inc.) or (defendant Federal Insurance Company)


Dated: October 5, 2023          _____S. Trader_____
                                      Foreperson